# United States Court of Appeals
## For the First Circuit

No. 17-2211

CYNTHIA L. MERLINI,

Plaintiff, Appellant,

v.

CANADA,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on June 10, 2019, is amended as follows:

On cover page, line 34, add "Jennifer G. Newstead, Legal Advisor, U.S. Department of State, with whom Joseph H. Hunt, Assistant Attorney General, Andrew E. Lelling, United States Attorney, Sharon Swingle, Attorney, Appellate Staff Civil Division, U.S. Department of Justice and Michael Shih, Attorney, Appellate Staff Civil Division, U.S. Department of Justice were on brief for U.S. Department of State, amicus curiae."